The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIKHADAR JAMA, an individual, JEES JEES, an individual, and MOHAMED MOHAMED, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE AMERICA LLC, a foreign limited liability company, and EAN HOLDINGS LLC, ENTERPRISE HOLDINGS, INC., a foreign corporation, and VANGUARD AUTOMOTIVE GROUP, a foreign business entity d/b/a NATIONAL CAR RENTAL, ALAMO RENT A CAR, and ENTERPRISE RENT-A-CAR,<br><br>Defendants. | No. 2:16-cv-00611-RSL<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO RE-NOTE PLAINTIFFS' CLASS CERTIFICATION MOTION |

**STIPULATION**

The parties stipulate as follows by and through their counsel of record:

WHEREAS, on May 11, 2017, plaintiffs filed their Motion for Class Certification, Appointment of Class Counsel, and Appointment of Class Representative (Dkt. 57) (the "Class Certification Motion"), with a noting date of June 9, 2017;

WHEREAS counsel for EAN Holdings LLC ("EAN Holdings") were not served with

STIPULATION TO RE-NOTE CLASS CERT MTN
(2:16-cv-611-RSL) - 1
4817-3357-3961v.1 0106725-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

the Class Certification Motion because they had not been added to the docket as counsel of record for EAN Holdings;

WHEREAS, on June 1, 2017, EAN Holdings' counsel discovered that plaintiffs had filed their class certification motion and that EAN Holdings had not been served, and later that date, EAN Holdings' counsel contacted plaintiffs' counsel to alert them to the issue; and

WHEREAS, due to the service issue, the parties have agreed to re-note the Class Certification Motion for June 23, 2017, and therefore, EAN Holdings' opposition will be due on June 19, 2017, rather than the current due date of June 5, 2017.

NOW, THEREFORE, the parties agree that the current June 9, 2017, noting date for plaintiffs' Class Certification Motion shall be struck and the motion will be re-noted for June 23, 2017, with the opposition and reply deadlines based on the June 23, 2017, re-noted date.

STIPULATED TO this 5th day of June, 2017.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Harry J.F. Korrell
Harry J. F. Korrell, WSBA # 23173
Taylor Ball, WSBA #46927
Laura Turczanski, WSBA #47070
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
harrykorrell@dwt.com
taylorball@dwt.com
lauraturczanski@dwt.com

*Attorneys for Defendant EAN Holdings LLC*

BADGLEY MULLINS TURNER PLLC

By: /s/ Duncan Turner
Duncan C. Turner
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
duncanturner@badgleymullins.com

LAW OFFICE OF DANIEL R. WHITMORE

By: /s/ Daniel Whitmore
Daniel R. Whitmore
2626 15th Avenue West, Suite 200
Seattle, WA 98118
Telephone: (206) 329-8400
dan@whitmorelawfirm.com

*Attorneys for Plaintiffs*

STIPULATION TO RE-NOTE CLASS CERT MTN
(2:16-cv-611-RSL) - 2
4817-3357-3961v.1 0106725-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The current June 9, 2017, noting date for plaintiffs' Motion for Class Certification, Appointment of Class Counsel, and Appointment of Class Representative (Dkt. 57) (the "Class Certification Motion") is stricken; and

2. Plaintiffs' Class Certification Motion is re-noted for June 23, 2017, with the opposition and reply deadlines based on the new noting date.

IT IS SO ORDERED.

DATED this 8th day of June, 2017.

_____
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION TO RE-NOTE CLASS CERT MTN
(2:16-cv-611-RSL) - 3
4817-3357-3961v.1 0106725-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax