The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIKHADAR JAMA an individual, JEES JEES, an individual, and MOHAMED MOHAMED, an individual.<br><br>Plaintiffs,<br>v.<br><br>GOLDEN GATE AMERICA LLC, a foreign limited liability company,<br><br>Defendant. | No. 2:16-cv-00611 RSL<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

## ORDER

WHEREAS, the Parties having filed a Joint Motion to Continue Trial Date and Amend Case Schedule, and good cause appearing:

IT IS HEREBY ORDERED that: (1) the trial in this case, currently scheduled for February 5, 2018, is hereby continued to _September 6_, 2018; and (2) all unexpired case schedule dates (including, but not limited to, the deadline for change in trial date, discovery cutoff, dispositive motion deadline, and pre-trial deadlines) are hereby extended accordingly to accommodate the new trial date; and

[PROPOSED] ORDER GRANTING JOINT
MOTION TO CONTINUE TRIAL DATE
AND AMEND CASE SCHEDULE - 1
Case No. 2:16-cv-00611

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall issue an Amended Case Schedule that is consistent with this Order.

DATED THIS 21st day of Sept., 2017.

_____
Honorable Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

/s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

/s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

DAVIS WRIGHT TREMAINE LLP

/s/ Harry J.F. Korrell
Harry J.F. Korrell, WSBA No. 23173
Laura Turczanski, WSBA No: 47070
Ryan C. Hess, WSBA No: 50738
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Email: harrykorrell@dwt.com
Email: lauraturczanski@dwt.com
Email: ryanhess@dwt.com
**Attorneys for Defendant**

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE - 2
Case No. 2:16-cv-00611

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686