The Honorable Robert Lasnik

1

2

3

4

5

6

7       UNITED STATE DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                AT SEATTLE

9   ABDIKHADAR JAMA an individual, JEES
    JEES, an individual, and MOHAMED              No.  2:16-cv-00611 RSL
10  MOHAMED, an individual,

11                Plaintiffs,                     [PROPOSED] ORDER GRANTING
                                                 CLASS COUNSELS' MOTION FOR
12          vs.                                  ATTORNEY'S FEES, COSTS AND
                                                 CLASS REPRESENTATIVES'
13  GOLDEN GATE AMERICA LLC, a foreign           INCENTIVE AWARDS
    limited liability company and EAN HOLDINGS
14  LLC, ENTERPRISE HOLDINGS, INC., a
    foreign corporation, and VANGUARD            Noting Date: July 31, 2018 at 10:30 a.m.
15  AUTOMOTIVE GROUP, a foreign business
    entity d/b/a NATIONAL CAR RENTAL,
16  ALAMO RENT A CAR, and ENTERPRISE
    RENT-A-CAR,
17
                  Defendants.
18
          WHEREAS, Plaintiff have submitted authority and evidence supporting their Motion for
19
    Award of Attorney's Fees and Expenses; and
20
          WHEREAS, the Court, having considered the pleadings on file and being fully advised,
21
    finds that good cause exists for entry of the Order below; now, therefore,
22
    IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:
23
          1.     Unless otherwise provided herein, all capitalized terms in this Order shall have
24
    the same meaning as set forth in the Plaintiffs' Motion for Attorney's Fees and Expenses.
25
          2.     The Court having appointed Badgley Mullins Turner, PLLC and the Law Offices
26

[PROPOSED] ORDER GRANTING CLASS             BADGLEY MULLINS TURNER PLLC
COUNSELS' MOTION FOR ATTORNEY'S FEES,           19929 Ballinger Way NE, Suite 200
COSTS AND CLASS REPRESENTATIVES'                    Seattle, WA 98155
INCENTIVE AWARDS - 1                              TEL 206.621.6566
Case No.  2:16-cv-00611 RSL                      FAX 206.621.9686

1

of Daniel Whitmore as Class Counsel.

2

3.     Class Counsel has requested the Court calculate their award using the percentage-

3

of-the-fund method. Class Counsel request the Court award 15% of the common fund as

4

attorney's fees and expenses $180,000.00.

5

4.     These requested attorney's fees are fair and reasonable under RCW 49.48.030 and

6

the Ordinance ("SeaTac Municipal Code Chapter 7.45") based on the percentage-of-the-fund

7

method. The Court reaches this conclusion after analyzing: (1) the results Class Counsel

8

9

achieved; (2) Class Counsels' risk in this litigation; (3) the complexity of the issues presented;

10

(4) the hours Class Counsel worked on the case; (5) Class Counsels' hourly rate; (6) the

11

contingent nature of the fee; and (7) awards made in similar cases.

12

5.     Class Counsel has submitted authority and declarations to support the Court's

13

lodestar cross-check.

14

6.     Class Counsel reasonably expended more than 295 hours on the investigation,

15

preparation, filing, and settlement of Plaintiffs' Claims. Their detailed time records are based on

16

contemporaneous records of hours worked. Class Counsel exercised billing judgment and billed

17

18

efficiently.

19

7.     Class Counsels' hourly rates - $565.00 for Duncan Turner, $495.00 for Daniel

20

Whitmore, and $310.00 for Mark Trivett – are reasonable hourly rates considering their

21

individual "experience, skill, and reputation," *see Trevino v. Gates*, 99 F.3d 911, 924 (9th Cir.

22

1996) and the prevailing market rates in this jurisdiction. *See Blum v. Stenson*, 465 U.S. 886, 895

23

(1984).

24

8.     Applying these rates to the number of hours reasonable expended in litigation,

25

Class Counsels' lodestar is approximately $131,768.29. This lodestar reflects work and

26

[PROPOSED] ORDER GRANTING CLASS
COUNSELS' MOTION FOR ATTORNEY'S FEES,
COSTS AND CLASS REPRESENTATIVES'
INCENTIVE AWARDS - 2
Case No. 2:16-cv-00611 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1   expenses that was reasonable and necessarily expended on the pursuing Plaintiffs' claims and

2   that are estimated to occur in concluding the case.

3       9.      Here, Plaintiffs pursued the action under a remedial Washington employment

4   statute and a local minimum wage ordinance. Class Counsel pursued this action on a contingency

5   fee basis and assumed the risk that if they were unsuccessful, they would receive no

6   compensation for their work on the certified questions or settlement negotiations. This action

7   was one of the first to seek recovery of wages owed under the Ordinance, and thus, the potential

8   existed for a long and protracted litigation as the Court addressed novel legal issues.

9

10      10.     Class Counsel performed high-quality work, resulting in an extremely favorable

11  collective settlement for Class Members. Class Members recovered the entirety of their owed

12  wages arising under the Ordinance with interest. This is an excellent result for the Class.

13      11.     Defendant agreed to pay $1,200,000.00 to the Class Members, inclusive of any

14  attorney's fees and costs. The litigation expenses and costs incurred by Class Counsel were

15  reasonable, necessary, and appropriately documented in the declarations filed by Class Counsel.

16      12.     This Court also awards $3,000.00 to Plaintiffs Abdikhadar Jama, Jees Jees,

17  Mohamed Mohamed ($1,000.00 individually for three Class Representatives) as an incentive

18  award for serving as the class representative.

19

20      13.     Based on the foregoing findings and analysis, the Court awards Class Counsel

21  $180,000.00 in attorney's fees.

22  IT IS SO ORDERED this 31st day of July, 2018.

23

24                                          _____

25                                          HON. ROBERT S. LASNIK
                                            UNITED STATES DISTRICT COURT JUDGE

26

[PROPOSED] ORDER GRANTING CLASS
COUNSELS' MOTION FOR ATTORNEY'S FEES,
COSTS AND CLASS REPRESENTATIVES'
INCENTIVE AWARDS - 3
Case No. 2:16-cv-00611 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1

PRESENTED BY:

2

BADGLEY MULLINS TURNER PLLC

3

*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA # 20597

4

19929 Ballinger Way NE, Suite 200
Seattle, WA 98155

5

Telephone:  (206) 621-6566
Facsimile:  (206) 621-9686

6

Email:  dturner@badgleymullins.com
**Attorneys for Plaintiffs and Class**

7

8

9

LAW OFFICE OF DANIEL R. WHITMORE

10

*/s/ Daniel R. Whitmore*
Daniel R. Whitmore, WSBA #24012

11

2626 15th Avenue West, Suite 200
Seattle, WA 98119

12

Telephone: (206) 329-8400
Facsimile: (206) 329-84001

13

Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs and Class**

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING CLASS
COUNSELS' MOTION FOR ATTORNEY'S FEES,
COSTS AND CLASS REPRESENTATIVES'
INCENTIVE AWARDS - 4
Case No. 2:16-cv-00611 RSL